NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIMOTHY MCCOLLUM AND LEE ANN MCCOLLUM,**
AS PARENTS AND NATURAL GUARDIANS OF
**GRANT F. MCCOLLUM,**
*Petitioners-Appellants,*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2010-5092

---

Appeal from the United States Court of Federal Claims in Case No. 94-VV-136, Judge George W. Miller.

---

Decided: March 15, 2011

---

PATRICIA A. FINN, Patricia Finn Attorney, P.C., of Piermont, New York, for petitioners-appellant.

ALTHEA WALKER DAVIS, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States De-

partment of Justice, of Washington, DC, for respondent-appellee.  With her on the brief were TONY WEST, Assistant Attorney General, TIMOTHY P. GARREN, Director, MARK W. ROGERS, Deputy Director, and GABRIELLE M. FIELDING, Assistant Director.

———————————

Before NEWMAN, CLEVENGER, and BRYSON, *Circuit Judges.*

PER CURIAM.

Timothy McCollum and Lee Ann McCollum, parents and guardians of Grant F. McCollum, appeal the decision of the United States Court of Federal Claims, sustaining the Special Master's denial of appellants' motion to reopen and modify an award made in March 2000 under the National Childhood Vaccine Injury Act, 42 U.S.C. §§ 300aa-I to -34.

We have carefully considered the arguments made by the appellants but find no error in the reasoning and decision of the Court of Federal Claims, reported at *McCollum v. Sec'y of HHS*, 91 Fed. Cl. 86 (Fed. Cl. 2010).  That court's decision is affirmed.

No costs.

**AFFIRMED**